Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>VARGAS & ESQUIVEL CONSTRUCTION, INC.,<br><br>　　　　Defendant. | Case No.: C07-6267 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**and**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 3, 2008　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　SALTZMAN & JOHNSON LAW CORPORATION


　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Michele R. Stafford
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

**MAGISTRATE DECLINATION**
**Case No.: C07-6267 MEJ**

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On January 3, 2008, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE and
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Yolanda Esquivel Vargas
Vargas & Esquivel Construction, Inc.
20 Dorman Avenue
San Francisco, CA 94124**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 3rd day of January, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

**MAGISTRATE DECLINATION
Case No.: C07-6267 MEJ**

P:\CLIENTS\OE3CL\Vargas & Esquivel\Pleadings\C07-6267 MEJ Magistrate Declination 010208.DOC