1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | GIL CROSTHWAITE, et al., as Trustees of the   Case No.: C07-6267 MEJ
12 | OPERATING ENGINEERS HEALTH AND
   | WELFARE TRUST FUND FOR NORTHERN           **PROOF OF SERVICE OF SUMMONS**
13 | CALIFORNIA; et al.

14 |       Plaintiffs,

15 | v.

16 | VARGAS & ESQUIVEL CONSTRUCTION,
   | INC.,
17 |
   |       Defendant.
18

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                                            PROOF OF SERVICE OF SUMMONS
                                            Case No.: C07-6267 MEJ

P:\CLIENTS\OE3CL\Vargas & Esquivel\Pleadings\C07-6267 MEJ POS on Summons 021208.DOC

| ATTORNEY NAME<br>MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 |
|---|---|
| ATTORNEY FOR **PLAINTIFFS** | |

| COURT |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| SHORT NAME OF CASE |
|---|
| Operating Engineers v. Vargas and Esquivel Construction, Inc. |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-6267 MEJ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: SUMMONS; COMPLAINT; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ADR CERTIFICATION BY PARTIES AND COUNSEL; NOTICE OF AVAILABLILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE US DISTRICT COURT, SAN FRANCISCO; NOTICE OF RELATED CASE.

**Name: Vargas & Esquivel Construction, Inc.**

**Date of Delivery:** January 3, 2008
**Time of Delivery:** 4:00 p.m.

**Place of Service:** 20 Dorman Ave
San Francisco, Ca 94124

**Manner of Service:** Personal Service - by personally delivering copies to Le Dollinger, Reception and Agent for Service of Process for Vargas & Esquivel Construction, Inc.

Fee for Service:

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

I declare under penalty of perjury that the foregoing is true and Correct and that this declaration was executed
on: January 3, 2008
at: San Francisco, California

Signature: _____
Name: Shawn Yackle
Title: RPS, San Francisco County #999

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

# PROOF OF SERVICE