1  Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
3  San Francisco, CA 94105
(415) 882-7900
4  (415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9

UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13  | GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al. | Case No.: C07-6267 MEJ |

14

**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF MICHELE R. STAFFORD IN SUPPORT**

15

Plaintiffs,

16

17  v.

18  VARGAS & ESQUIVEL CONSTRUCTION, INC.,

19

Defendant.

20

21      TO THE CLERK:

22      Please enter the default of defendant VARGAS & ESQUIVEL CONSTRUCTION, INC.,

23  on the Complaint in the above-entitled action.  This request is based on the fact that defendant has

24  failed to plead or otherwise defend or appear in this action, and the time permitted for such

25  pleading, defense or other appearance has run.

26      The Proof of Service on defendant Vargas & Esquivel Construction, Inc. was

27  electronically filed with this Court on February 13, 2008.

28

**REQUEST FOR ENTRY OF DEFAULT**
**Case No.: C07-6267 MEJ**

1    No Answer or other response to the Complaint has been filed.

2    I declare under penalty of perjury that I am the attorney for the plaintiffs in the above

3    entitled action, and that the foregoing is true of my own knowledge.

4    Executed this 13th day of February, 2008, at San Francisco, California.

5

6                                  SALTZMAN & JOHNSON
                                   LAW CORPORATION
7

8                        By:    _____/s/_____
9                               Michele R. Stafford
                                Attorneys for Plaintiffs
10

11

12   IT IS SO ORDERED.

13

14   Date: _____    _____
                                      UNITED STATES DISTRICT COURT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            **REQUEST FOR ENTRY OF DEFAULT**
                                            **Case No.: C07-6267 MEJ**
P:\CLIENTS\OE3CL\Vargas & Esquivel\Pleadings\C07-6267 MEJ Request for Default Entry 021208.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On February 13, 2008, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Yolanda Esquivel Vargas
Vargas & Esquivel Construction, Inc.
20 Dorman Avenue
San Francisco, CA 94124**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 13th day of February, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

**REQUEST FOR ENTRY OF DEFAULT
Case No.: C07-6267 MEJ**

P:\CLIENTS\OE3CL\Vargas & Esquivel\Pleadings\C07-6267 MEJ Request for Default Entry 021208.DOC