**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————

www.cand.uscourts.gov

Richard W. Wieking                                                     General Court Number
Clerk                                                                          415.522.2000

February 21, 2008


RE:  <u>CV 07-06267 MEJ</u>        <u>GIL CROSTHWAITE-v- VARGAS AND ESQUIVEL</u>


Default is entered as to defendant Vargas & Esquivel Construction Inc. on 2/21/08.




RICHARD W. WIEKING, Clerk


by<u>Gloria Acevedo</u>
Case Systems Administrator
To The Honorable Maria-Elena James


NDC TR-4  Rev. 3/89