| | |
|---|---|
| 1 | Muriel B. Kaplan, Esq. (SBN 124607) |
| | Michele R. Stafford, Esq. (SBN 172509) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
| | 120 Howard Street, Suite 520 |
| 3 | San Francisco, CA 94105 |
| | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
| | mkaplan@sjlawcorp.com |
| 5 | mstafford@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VARGAS & ESQUIVEL CONSTRUCTION, INC.,<br><br>Defendant. | Case No.: C07-6267 MEJ<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On February 21, 2008, I served the following document:

**ENTRY OF DEFAULT BY UNITED STATES DISTRICT COURT**

///

///

-1-
**PROOF OF SERVICE**
Case No.: C07-6267 MEJ

P:\CLIENTS\OE3CL\Vargas & Esquivel\C07-6267 MEJ Proof of Service re Default 022108.doc

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Vargas & Esquivel Construction, Inc.**
> **20 Dorman Avenue**
> **San Francisco, California 94124**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 21st day of February, 2008, at San Francisco, California.

```
                    /s/
              Andrea Gonzalez
```

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 21, 2008

RE: CV 07-06267 MEJ      GIL CROSTHWAITE-v- VARGAS AND ESQUIVEL

Default is entered as to defendant Vargas & Esquivel Construction Inc. on 2/21/08.

RICHARD W. WIEKING, Clerk

by Gloria Acevedo
Case Systems Administrator
To The Honorable Maria-Elena James

NDC TR-4  Rev. 3/89