1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 GIL CROSTHWAITE, et al., as Trustees of the         Case No.: C07-6267 MEJ
   OPERATING ENGNEERS HEALTH AND
12 WELFARE TRUST FUND FOR NORTHERN              REQUEST FOR CONTINUANCE OF
   CALIFORNIA; et al.                           CASE MANAGEMENT CONFERENCE
13
               Plaintiffs,                      Date: March 20, 2008
14                                              Time: 10:00 a.m.
   v.                                           Dept.: B, 15th Floor
15                                              Judge: MEJ
   VARGAS & ESQUIVEL CONSTRUCTION,
16 INC.,

17
               Defendant.
18

19
           Plaintiffs hereby request that the Case Management Conference, currently set for
20
   Thursday, March 20, 2008 at 10:00 a.m. be continued.
21
           1.    The Court recently entered defendant's default, pursuant to plaintiffs' request.
22
           2.    Settlement discussions have occurred, with the defendant agreeing to enter into a
23
                 monthly payment plan for all amounts due.
24
           3.    Plaintiffs' counsel prepared a Judgment Pursuant to Stipulation which has been sent
25
                 to defendant for review and signature.
26

27

28

4. In the event that the Stipulated Judgment is not signed, plaintiffs will file a Motion for Default Judgment.

5. Based on the foregoing, plaintiffs respectfully request that the Case Management Conference be continued for 60-90 days to allow for this matter to move forward by either settlement or Motion.

Dated: March 12, 2008

**SALTZMAN & JOHNSON LAW CORPORATION**

_____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

**IT IS SO ORDERED**.

The Case Management Conference currently scheduled for March 20, 2008 is hereby continued to June 26, 2008 at 10:00 a.m. at \_\_\_\_\_.

Dated: March 17, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On March 12, 2008, I served the following document:

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Vargas & Esquivel Construction, Inc.**
> **20 Dorman Avenue**
> **San Francisco, California 94124**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 12th day of March, 2008, at San Francisco, California.


_____/s/_____
Vanessa de Fábrega

P:\CLIENTS\OE3CL\Vargas & Esquivel\Pleadings\C07-6267 MEJ Request for CMC Continuance 031208.DOC