Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.<br><br>    Plaintiffs,<br><br>v.<br><br>VARGAS & ESQUIVEL CONSTRUCTION, INC.,<br><br>    Defendant. | Case No.: C07-6267 MEJ<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On March 18, 2008, I served the following document:

**ORDER ON
REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

///
///
///

P:\CLIENTS\OE3CL\Vargas & Esquivel\Pleadings\C07-6267 MEJ Proof of Service 031808.DOC

1
2  on the interested parties in said action by placing a true and exact copy of each document in a
3  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
4  Francisco, California, addressed as follows:
5
   **Vargas & Esquivel Construction, Inc.**
   **20 Dorman Avenue**
6  **San Francisco, California 94124**
7
8       I declare under penalty of perjury that the foregoing is true and correct and that this
9  declaration was executed on this 18th day of March, 2008, at San Francisco, California.
10
11
                                    _____/s/_____
12                                            Vanessa de Fábrega
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28