1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                        (SAN FRANCISCO DIVISION)
11

12 | GIL CROSTHWAITE, et al., as Trustees of the    | Case No.: C07-6267 MEJ
   | OPERATING ENGNEERS HEALTH AND
13 | WELFARE TRUST FUND FOR NORTHERN              | **NOTICE OF CHANGE OF ADDRESS**
   | CALIFORNIA; et al.,
14 |
   |          Plaintiffs,
15 | v.
   |
16 | VARGAS & ESQUIVEL CONSTRUCTION,
   | INC.,
17 |
   |          Defendant.
18

19     NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman &

20 Johnson Law Corporation, will relocate its office. This notice is sent to you pursuant to the

21 Judgment Pursuant to Stipulation to advise you that the new address to which all stipulated

22 payments, correspondence, as well as copies of all pleadings, notices and other papers, should be

23 sent, **effective May 5, 2008**, is:

24        Saltzman & Johnson Law Corporation
          **44 Montgomery Street, Suite 2110**
25        **San Francisco, California 94104**
          Tel: 415-882-7900 / Fax: 415-882-9287
26

27

28
                                                              -1-
                                          NOTICE OF CHANGE OF ADDRESS
                                                    Case No.: C07-6267 MEJ

P:\CLIENTS\OE3CL\Vargas & Esquivel\Pleadings\C07-6267 MEJ Notice of Change of Address 042308.doc

Please note that the telephone and facsimile numbers have not changed.

Please be sure to <u>fax your report and copy of check</u>, as applicable, during this transition period.

Dated: April 24, 2008                                SALTZMAN & JOHNSON LAW COPORATION


_____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiff

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 25, 2008, I served the following documents:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Yolanda Vargas**
> **Vargas & Esquivel Construction, Inc.**
> **20 Dorman Avenue**
> **San Francisco, CA 94124**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of April 2008, at San Francisco, California.

_____/s/_____
Diana Sage