Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>Plaintiffs,<br>v.<br><br>VARGAS & ESQUIVEL CONSTRUCTION, INC.,<br><br>Defendant. | Case No.: C07-6267 MEJ<br><br>**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Date:      June 26, 2008<br>Time:     10:00 a.m.<br>Courtroom: B, 15th Floor<br>Judge:    The Honorable Maria-Elena James |

Plaintiffs herein respectfully request that the Case Management Conference currently on calendar for June 26, 2008, at 10:00 a.m., be vacated.

1. On April 8, 2008, plaintiffs filed a Judgment Pursuant to Stipulation "Stipulated Judgment" establishing a payment plan for amounts then known owing and due by defendant to plaintiffs. The Stipulated Judgment was signed by the Court on April 23, 2008.

2. Defendant defaulted on the Stipulated Judgment, and a Writ of Execution was issued by the Court on May 30, 2008.

3. Due to the status of the action, there are no issues to be discussed at a Case

-1-
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
**Case No.: C07-6267 MEJ**

1 Management Conference.

2    4.    Plaintiffs therefore respectfully request that the Case Management Conference, currently scheduled for June 26, 2008, be vacated, and that the Court retain jurisdiction over this matter.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Dated: June 5, 2008                    SALTZMAN & JOHNSON
                                       LAW CORPORATION


                                       By: _____/s/_____
                                           Michele R. Stafford
                                           Attorneys for Plaintiffs


IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby vacated. The Court shall retain jurisdiction over this matter. IT IS SO ORDERED.


Date: _____         _____
                                     UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On June 9, 2008, I served the following documents:

**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Yolanda Vargas**
**Vargas & Esquivel Construction, Inc.**
**20 Dorman Avenue**
**San Francisco, CA 94124**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 9th day of June, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
**Case No.: C07-6267 MEJ**

P:\CLIENTS\OE3CL\Vargas & Esquivel\Pleadings\C07-6267 MEJ Request to Vacate CMC 060508.doc