1 | Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 | San Francisco, CA 94104
(415) 882-7900
4 | (415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
5 | mstafford@sjlawcorp.com

6 | Attorneys for Plaintiffs

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,

Case No.: C07-6267 MEJ

13 | **REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

14 | Plaintiffs,

Date:       June 26, 2008
15 | v.

Time:       10:00 a.m.
Courtroom: B, 15th Floor
16 | VARGAS & ESQUIVEL CONSTRUCTION, INC.,

Judge:      The Honorable Maria-Elena James

17

18 | Defendant.

19

20 | Plaintiffs herein respectfully request that the Case Management Conference currently on

21 | calendar for June 26, 2008, at 10:00 a.m., be vacated.

22 | 1.      On April 8, 2008, plaintiffs filed a Judgment Pursuant to Stipulation "Stipulated

23 | Judgment" establishing a payment plan for amounts then known owing and due by defendant to

24 | plaintiffs.  The Stipulated Judgment was signed by the Court on April 23, 2008.

25 | 2.      Defendant defaulted on the Stipulated Judgment, and a Writ of Execution was

26 | issued by the Court on May 30, 2008.

27 | 3.      Due to the status of the action, there are no issues to be discussed at a Case

28

-1-
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
**Case No.: C07-6267 MEJ**

P:\CLIENTS\OE3CL\Vargas & Esquivel\Pleadings\C07-6267 MEJ Request to Vacate CMC 060508.doc

1  Management Conference.

2      4.    Plaintiffs therefore respectfully request that the Case Management Conference,

3  currently scheduled for June 26, 2008, be vacated, and that the Court retain jurisdiction over this

4  matter.

5      I declare under penalty of perjury that I am the attorney for the plaintiffs in the above

6  entitled action, and that the foregoing is true of my own knowledge.

7

8  Dated: June 5, 2008                    SALTZMAN & JOHNSON
                                          LAW CORPORATION
9

10                                  By: _____/s/_____

11                                      Michele R. Stafford
                                        Attorneys for Plaintiffs
12

13

14  IT IS SO ORDERED.

15      Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case

16  Management Conference is hereby vacated. The Court shall retain jurisdiction over this matter.  IT

17  IS SO ORDERED.

18

19  Date: _ June 10, 2008 _____     _____

20                                          UNITED                    COURT JUDGE

IT IS SO ORDERED
Judge Maria-Elena James

21

22

23

24

25

26

27

28                                                                          -2-

1

<u>PROOF OF SERVICE</u>

2

I, the undersigned, declare:

3

I am a citizen of the United States and am employed in the County of San Francisco, State

4

5

of California.  I am over the age of eighteen and not a party to this action.  My business address is

120 Howard Street, Suite 520, San Francisco, California 94105.

6

7

On June 9, 2008, I served the following documents:

8

**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

9

on the interested parties in said action by placing a true and exact copy of each document in a

10

sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

11

Francisco, California, addressed as follows:

12

13

**Yolanda Vargas**
**Vargas & Esquivel Construction, Inc.**
**20 Dorman Avenue**
**San Francisco, CA 94124**

14

15

I declare under penalty of perjury that the foregoing is true and correct and that this

16

declaration was executed on this 9th day of June, 2008, at San Francisco, California.

17

18

19

_____/s/_____

20

Vanessa de Fábrega

21

22

23

24

25

26

27

28

-1-
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
**Case No.: C07-6267 MEJ**