Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>VARGAS & ESQUIVEL CONSTRUCTION, INC.,<br><br>    Defendant. | Case No.: C07-6267 MEJ<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 11, 2008, I served the following documents:

**ORDER on
REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

///
///
///

-1-
**PROOF OF SERVICE
Case No.: C07-6267 MEJ**

P:\CLIENTS\OE3CL\Vargas & Esquivel\Pleadings\C07-6267 MEJ Proof of Service 061108.doc

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:
4
5  **Yolanda Vargas**
   **Vargas & Esquivel Construction, Inc.**
   **20 Dorman Avenue**
6  **San Francisco, CA 94124**
7  I declare under penalty of perjury that the foregoing is true and correct and that this
8  declaration was executed on this 11th day of June, 2008, at San Francisco, California.
9
10
11                              _____/s/_____
                                    Vanessa de Fábrega
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                                              -2-
                                                      **PROOF OF SERVICE**
                                                      **Case No.: C07-6267 MEJ**

P:\CLIENTS\OE3CL\Vargas & Esquivel\Pleadings\C07-6267 MEJ Proof of Service 061108.doc